IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-301-FDW-DCK

| | | |
|---|---|---|
| CARTUS FINANCIAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHNSTONE, REMMEY & SHYROCK, LLC, et al, | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 14) filed by Kurt Hausler on October 2, 2012, concerning Gregg Evan Opell. Mr. Opell seeks to appear as counsel *pro hac vice* for Plaintiff Cartus Financial Corporation.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Opell is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Cartus Financial Corporation.

Signed: October 2, 2012

David C. Keesler
United States Magistrate Judge