IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-301-FDW-DCK

| | |
|---|---|
| CARTUS FINANCIAL CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOHNSTONE, REMMEY & SHYROCK, LLC, )<br>et al, )<br>)<br>Defendant. )<br>_____) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 15) filed by Kurt Hausler on October 2, 2012, concerning Robert Sheps. Mr. Sheps seeks to appear as counsel *pro hac vice* for Plaintiff Cartus Financial Corporation.

Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, Mr. Sheps is hereby admitted to appear before the Court *pro hac vice* on behalf of Plaintiff Cartus Financial Corporation.

Signed: October 2, 2012

David C. Keesler
United States Magistrate Judge