IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:12-CV-301-DCK

| | | |
|---|---|---|
| CARTUS FINANCIAL CORPORATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JOHNSTONE, REMMEY & SHYROCK, LLC, et al., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, David B. Hamilton, filed a "Certification Of Mediation Session" (Document No. 27) notifying the Court that the parties reached a settlement on October 3, 2013. The Court commends the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or in the alternative request an extension of time to file such dismissal, on or before **November 1, 2013.**

Signed: October 9, 2013

David C. Keesler
United States Magistrate Judge

1